UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kemya C. Bryant,

    Plaintiff,

        v.                                     Case No.  1:14cv735

Time Warner Cable, Inc.,                    Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 5, 2015 (Doc. 17).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 17) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Complaint (Doc. 1) is **DISMISSED** for want of prosecution and for failure to obey a Court Order. This matter is closed.

    **IT IS SO ORDERED.**

                                                              *s/Michael R. Barrett*
                                                              Michael R. Barrett
                                                              United States District Judge